SUMMARY

| AINUM | ASNAME | FAMILY | AIINV | Vlookup to Unpaid | Vlookup to Unpaid $ | TYPE | AIDTIV | AIDTPY | STATUS | AINOTE | INVOICES | DEDUCTIONS | diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19057 | TABLETOPS UNLIMITED INC. | TABLETOPS UNLIMITED INC. | DAEC536618 | DAEC536618 | (69,039.48) | DAMAGE ALLOWANCE | 20230407 | 20230408 | OPEN | PRE | - | (69,039.48) | - |

Lines from archived BBB AP Unpaid listing:

| VENDOR_ID | Supplier_Number | Supplier_Name | INVOICE_NUM | Legal_Entity | invoice_date | Invoice_Due_Date | Payment_Term | INVOICE_AMOUNT | INVOICE_CURRENCY_CODE | PAYMENT_STATUS_FLAG |
|---|---|---|---|---|---|---|---|---|---|---|
| 3.00000000619136E14 | 10001329 | TABLETOPS UNLIMITED INC. | DAEC536618 | Bed Bath & Beyond Inc. | 2023-04-07 | 2023-04-08 | SUPPLY PAY DATE | (69,039.48) | USD | N |

Total: (69,039.48)